FILED
2019 JAN 16 PM 1:09
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
SANTA ANA
BY___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2018 Grand Jury

| UNITED STATES OF AMERICA, | SA CR No. 19-00009 DOC |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Distribution of Methamphetamine; 18 U.S.C. § 2(a): Aiding and Abetting] |
| EDUARDO MORENO and SALVADOR PEREZ GONZALEZ, | |
| Defendants. | |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

On or about January 17, 2014, in Orange County, within the Central District of California, defendants EDUARDO MORENO and SALVADOR PEREZ GONZALEZ, each aiding and abetting the other, knowingly and intentionally distributed at least 50 grams, that is,

//
//
//
//
//
//

approximately 437.9 grams, of methamphetamine, a Schedule II controlled substance.

A TRUE BILL

/S/
_____
Foreperson

NICOLA T. HANNA
United States Attorney

[signature]

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

DANIEL H. AHN
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

JAKE D. NARE
Assistant United States Attorney
Santa Ana Branch Office